IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ERNEST GOTTDIENER**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:07-CV-0406-L |
| | § | |
| **LELDON E. ECHOLS, et al.**, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is a letter dated July 31, 2007, from counsel informing the court that the parties in this case have reached a settlement agreement in principle to resolve this action. The court realizes that the issues in this action were vigorously contested and truly appreciates the efforts by the parties in resolving this case. The parties are **directed** to file the necessary dismissal papers (a stipulation of dismissal and an agreed order) with the United States District Clerk's Office by **October 1, 2007**. There appears to be no further reason at this time to maintain this case as an open file for statistical purposes, and the court **determines** that it should be, and is hereby **administratively closed**. Accordingly, the United States District Clerk is **instructed** to submit JS-6 form to the Administrative Office, thereby removing this case from the statistical records.

**Order - Page 1**

Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party or the court may initiate such further proceedings in the same manner as if this order had not been entered.

**It is so ordered** this 31st day of July, 2007.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order - Page 2**